Approved.
IT IS SO ORDERED.

s/ James R. Knepp II
UNITED STATES
DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| DG AUTO PARTS, LLC. et al., | : |
| Plaintiffs, | : Case No 3:22-cv-00186 |
| vs | : Judge James R. Knepp, II |
| | : Magistrate Judge Darrell A. Clay |
| UNITED STATES OF AMERICA, | : |
| U.S. DEPARTMENT OF HOMELAND SECURITY | : |
| U.S. CUSTOMS AND BORDER PROTECTION | : |
| Defendant. | : |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Now come Plaintiffs DG Auto Parts, LLC and Justin Carnevale, by and through counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and hereby dismiss the above action against Defendant United States of American, U.S. Department of Homeland Security and U.S. Customs and Border Protection without prejudice. Plaintiffs expressly reserve the right to refile their claims against this Defendant as allowed under the law.

Respectfully submitted,

*/s/ David W. Orlandini*
**DAVID ORLANDINI, (#0064850)**
dorlandini@cruglaw.com
**COLLINS, ROCHE, UTLEY & GARNER, LLC**
655 Metro Place South, Suite 200
Dublin, Ohio 43017
Telephone: 614-901-9600
Facsimile: 614-901-2723
*Attorney for Plaintiffs DG Auto Parts, LLC, and Justin Carneavale*